## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIF, | ) |
| | ) |
| VS. | ) Cause No:  4:17-cr-00356 RWS |
| | ) |
| PAUL CREAGER, | ) |
| DEFENDANT. | ) |

## MOTION FOR CONTINUANCE

Comes now Kenneth Leeds, attorney for Defendant, and moves that this matter be continued from August 17, 2017 and reset to August 22, 2017 at 10:00 a.m. for arraignment because I have a deposition in Jefferson City at the same time.

/s/Kenneth Leeds #30885
906 Olive St., Suite 525
St. Louis, MO 63101
314-726-5555
314-725-3012(f)
kleeds41@aol.com

## CERTIFICATE OF SERVICE

Comes now Kenneth Leeds and certifies that a copy of the foregoing was filed with the court's electronic filing system this 10th day of August 2017.

/s/Kenneth Leeds