UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17CR356 RWS/JMB |
| ) | |
| PAUL CREAGER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant Creager was released on bond on August 10, 2017, and an Order Setting Conditions of Release (Doc. No. 8) was entered by the undersigned that same day. On August 14, 2017, Defendant Creager filed a Motion to Modify the Terms and Conditions of Defendant's Pretrial Release (Doc. No. 15) wherein the Defendant requested modification of his conditions of release as to 1) employment and 2) travel. On August 23, 2017, the Court granted the Defendant's motion for modification of conditions of release as to travel; and set a hearing on the Defendant's request for modification of conditions of release as to employment (Doc. No. 21). The hearing was held on August 25, 2017, before the undersigned. For the reasons stated on the record and consistent with the rulings made on the record,

**IT IS HEREBY ORDERED** that Defendant Creager's Motion to Modify the Terms and Conditions of Defendant's Pretrial Release as to Employment (Doc. No. 15) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Creager shall comply with Condition of Release No. 7(s) - Third-Party Risk Notification (Doc. No. 8) as stated on the record at the hearing and as directed by the United States Pretrial Services Agency.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release entered on August 10, 2017, and as Amended on August 23, 2017 (Doc. Nos. 8, 21) remains in effect.

   /s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of September, 2017.